942

No. 76–5089. PAYNE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5090. BOWERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5094. PRITCHARD *v.* AULT, COMMISSIONER, DEPARTMENT OF OFFENDER REHABILITATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5105. BELLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5109. HOLLOWAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5116. FRANCISCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5147. JINES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5148. DeMASE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5154. DIAZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 76–5160. TERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5172. KLONER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5177. PATTERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5207. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–5261. HARLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.